DISMISS; Opinion issued January 16, 2013.



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

No. 05-12-00780-CV

---

## AFENMAI WORLD CONGRESS, INC., Appellant
V.
## LAWAL SALAMI, SONNIE BRAIH, ET AL, Appellees

On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-04197

## OPINION

Before Chief Justice Wright, Justice Lang-Miers and Justice Lewis
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By letter dated July 30, 2012, we notified appellant its brief was due. We directed appellant to file its brief and an extension motion within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal without further notice. To date, appellant has not filed its brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(1), 42.3(c).

CAROLYN WRIGHT
CHIEF JUSTICE

120780F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

Afenmai World Congress, Inc., Appellant

No. 05-12-00780-CV          V.

Lawal Salami, Sonnie Braih, et al, Appellees

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-04197.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is
**DISMISSED**.

It is **ORDERED** that appellees Lawal Salami, Sonnie Braih, Oseni Abiri, Jacob A.
Oshotse, Shaibu Obakhumhe, Bank of America, N.A., and Wells Fargo Bank, N.A. recover their
costs of this appeal from appellant Afenmai World Congress, Inc.

Judgment entered this 16th day of January, 2013.

_____
CAROLYN WRIGHT
CHIEF JUSTICE